

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

FILED
08 JUL 30 PM 3: 56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

July 29, 2008

California Southern District Court
4290 Edward J. Schwartz Federal Bldg.
880 Front Street, San Diego CA 92101

Re:   Transfer of Our Case No. SACR00-00037GLT
      Assigned Your Case No. 08CR7040 IEG
      Case Title: USA v. Joseph Claude Tillis

Dear Sir/Madam:

☐   Enclosed are the original and one copy of Probation Form 22, Transfer of Jurisdiction, in the above-entitled matter which has been approved by this court. Please present them to your court for approval.

    Upon approval, please return the **original** to this office and we will send you the necessary documents from our file. If you assign a case number at this time, please indicate same on the copy of this letter and return that also.

☒   Transfer of probationary jurisdiction to your district having been approved in the above-entitled matter, enclosed are the certified copies of: 1) indictment/information, and 2) judgment and probationary order.

    Please acknowledge receipt of these documents on the copy of this letter and return to this district.

                                          Sincerely,

                                          Clerk, U.S. District Court


                                          By  Dodjie Gargantos
                                              Deputy Clerk

cc:   Probation Office, Central District of California
      Probation Office, District of Origin

================================================================================
**Acknowledgment of Receipt**

Receipt is hereby acknowledged of the enclosures referred to above.

                                          Clerk, U.S. District Court

_____            By _____
Date                                          Deputy Clerk

CR-22 (01/01)                TRANSMITTAL LETTER - PROBATION TRANSFER OUT

| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>SACR00-00037-GLT |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | '08 CR 7040 IEG |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Central California | DIVISION |
|---|---|---|
| Joseph Tillis | NAME OF SENTENCING JUDGE<br>Honorable Gary L. Taylor | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>11/09/07 | TO<br>11/08/12 |

OFFENSE

18 USC 2113(a): Bank Robbery
18 USC 2113(a)(d): Armed Bank Robbery

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___CENTRAL___ DISTRICT OF ___CALIFORNIA___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Southern District of California___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_ALICEMARIE H. STOTLER_

APR 30 2008
Date          CHIEF United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___SOUTHERN___ DISTRICT OF ___CALIFORNIA___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/25/08
Effective Date          United States District Judge



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 1999 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR 00-37 |
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. § 2113(a): Bank Robbery; 18 U.S.C. § 2113(a)(d): Armed Bank Robbery] |
| JOSEPH CLAUDE TILLIS, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2113(a)]

On or about August 23, 1999, in Orange County, within the Central District of California, defendant JOSEPH CLAUDE TILLIS, by force, violence, and intimidation, knowingly took from the person or presence of another approximately $70,300 belonging to and in the care, custody, control, management, and possession of Washington Mutual Bank, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.



COUNT TWO

[18 U.S.C. § 2113(a)(d)]

On or about December 24, 1999, in Orange County, within the Central District of California, defendant JOSEPH CLAUDE TILLIS, by force, violence and intimidation, knowingly took from the person or presence of another approximately $25,237 belonging to and in the care, custody, control, management, and possession of Washington Mutual Bank, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In committing said offense, defendant JOSEPH CLAUDE TILLIS assaulted and put in jeopardy the life of victim managers Kerry Ostrander and Suzanne Vasquez by using a gun, a dangerous weapon and device.

1  COUNT THREE

2  [18 U.S.C. § 2113(a)]

3  On or about March 28, 2000, in Orange County, within the
4  Central District of California, defendant JOSEPH CLAUDE TILLIS,
5  by force, violence, and intimidation, knowingly took from the
6  person or presence of another approximately $116,001 belonging to
7  and in the care, custody, control, management, and possession of
8  Washington Mutual Bank, a bank the deposits of which were then
9  insured by the Federal Deposit Insurance Corporation.

10
11  A TRUE BILL

12
13  _____
    Foreperson
14

15  ALEJANDRO N. MAYORKAS
    United States Attorney
16

17  JOHN S. GORDON
    Assistant United States Attorney
18  Chief, Criminal Division

19  *[signature: Monica Bachner]*
    MONICA BACHNER
20  Assistant United States Attorney
    Chief, Santa Ana Branch Office
21

22

23  I hereby attest and certify on 7/29/08
    that the foregoing document is a full, true
    and correct copy of the original on file in
24  my office, and in my legal custody.

25  CLERK U.S. DISTRICT COURT
    CENTRAL DISTRICT OF CALIFORNIA

26  DODJIE GARGANTOS
    DEPUTY CLERK



27

28

United States District Court
Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | Docket No. SACR 00-37-GLT |
| Defendant JOSEPH CLAUDE TILLIS | Social Security No. 56999-0185 |
| & Residence 164 Libby Street | Mailing Address: Santa Ana City Jail |
| Address Oceanside, CA 92054 | 62 Civic Center Plaza |
| | Santa Ana, CA 92702 |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person, on this date: __January 8, 2001__
Month / Day / Year

COUNSEL:   XX  WITH COUNSEL  Elizabeth Macias, DFPD, appointed
(Name of Counsel)

PLEA:     XX  GUILTY, and the Court being satisfied that there is a factual basis for the plea as to Counts 1 and 3 of the Indictment.

FINDING: There being a finding of GUILTY as to Counts One and Three of the Indictment and a verdict of GUILTY as to Count 2 of the Indictment, defendant has been convicted as charged of the offenses of: Bank Robbery, in violation of 18 USC 2113(a), as charged in Counts 1 and 3 of the Indictment and Armed Bank Robbery, in violation of 18 USC 2113(a)(d), as charged in Count 2 of the Indictment.

JUDGMENT AND PROBATION/COMMITMENT ORDER:
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that:
It is ordered that the defendant shall pay to the United States a special assessment of $300, which is due immediately.
It is ordered that the defendant shall pay restitution in the total amount of $95,537 pursuant to 18 USC 3663A.
The amount of restitution ordered shall be paid as follows:

| Victim | Amount |
|---|---|
| Washington Mutual Corporate Security<br>Attn: Odette Murphy<br>9200 Oakdale Avenue, N110102<br>Chatsworth, CA 91311 | $95,537 |

Restitution shall be due during the period of imprisonment, as directed by the Court or the United States Attorney, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program. If any amount of restitution remains unpaid after release from custody, monthly installments of $190 shall be made during the period of supervised release and shall begin 30 days after the commencement of supervision.
Pursuant to 18 USC 3612(f)(3)(A), interest on the restitution ordered is waived because the defendant does not have the ability to pay interest. Payments may be subject to penalties for default and delinquency pursuant to 18 USC 3612(g).

page one of three pages

United States District Court
Central District of California

UNITED STATES OF AMERICA                    Docket No. SACR00-37-GLT
         vs

Defendant  JOSEPH CLAUDE TILLIS             DATE: January 8, 2001

JUDGMENT AND PROBATION/COMMITMENT ORDER

continued from page 1
Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine in addition to restitution.
Until restitution has been paid in full, the defendant shall notify the United States Attorney General of any change in the defendant's mailing address or residence address, no later than thirty (30) days after the change occurs.
The defendant shall notify the Court, through the Probation Office, and the United States Attorney General of any material change in his economic circumstances that might affect his ability to pay restitution.
Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Joseph Claude Tillis, is hereby committed on Counts 1, 2, and 3 of the 3-Count Indictment to the custody of the Bureau of Prisons to be imprisoned for a term of 105 months. This term consists of 105 months on each of Counts 1, 2, and 3, to be served concurrently.
Upon release from imprisonment, the defendant shall be placed on supervised release for a term of five years. This term consists of three years on each of Counts 1 and 3, and five years on Count 2, all such terms to run concurrently under the following terms and conditions: 1. The defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 318; 2. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to 1 drug test within 15 days of release from imprisonment and at least 2 periodic drug tests thereafter, as directed by the Probation Officer; 3. During the period of community supervision the defendant shall pay the special assessment and restitution in accordance with this judgment's orders pertaining to such payment; 4. The defendant shall notify the Court, through the Probation Office, of any material change in his economic circumstances that might affect his ability to pay restitution or the special assessment; 5. As directed by the Probation Officer, the defendant shall provide to the Probation Officer a signed release authorizing credit report inquiries, federal and state income tax returns and an accurate financial statement with supporting documentation to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior written approval of the Probation Officer; 6. The defendant shall not transfer, sell, give away or otherwise convey any asset with a fair market value in excess of $100 without written approval of the Probation Officer until restitution has been paid in full; 7. If deemed necessary by the Probation Officer, the defendant shall participate in a

United States District Court
Central District of California

UNITED STATES OF AMERICA    Docket No. SACR00-37-GLT
        vs

Defendant  JOSEPH CLAUDE TILLIS    DATE: January 8, 2001

JUDGMENT AND PROBATION/COMMITMENT ORDER

continued from page 2
psychological/psychiatric counseling or treatment program, as approved and directed by the Probation Officer; 8. The defendant shall truthfully and timely file and pay taxes during the period of community supervision. Further, the defendant shall show proof to the Probation Officer of compliance with this order.
The Court recommends defendant be housed in the Southern California area.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. the Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by: District Judge _____ Gary L. Taylor _____    Dated: 1/11/01

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Dated/Filed  1-11-01                    Sherri R. Carter, Clerk
            Month / Day / Year          By _____
                                        K.G.Peterson, Deputy Clerk

page three of three pages

I hereby attest and certify on 7/29/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

1081

CLOSED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Southern Division - Santa Ana)
## CRIMINAL DOCKET FOR CASE #: 8:00-cr-00037-GLT-1

Case title: USA v. Tillis
Magistrate judge case number: 8:00-mj-00093

Date Filed: 04/12/2000
Date Terminated: 01/08/2001

Assigned to: Judge Gary L. Taylor

### Defendant (1)

**Joseph Claude Tillis**
*TERMINATED: 01/08/2001*

represented by **Craig M Wilke**
Federal Public Defenders Office
411 West 4th Street Suite 7110
Santa Ana, CA 92701-4598
714-338-4512
Fax: 714-338-4520
Email: zzCAC_FPD_Document_Receiving@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Elizabeth Macias**
Federal Public Defenders Office
411 West 4th Street Suite 7110
Santa Ana, CA 92701-4598
714-338-4500
Fax: 714-338-4520
Email: zzCAC_FPD_Document_Receiving@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2113: BANK ROBBERY (1) | CTS 1,2,3: Dft sent to 105 mos to be svd concurrently; 5 yrs supv rel on Ct 2 concurrent to 3 yrs on Cts 1 & 3; make $95,537 restitution; participate in treatment program for narcotic/alcohol addiction-periodic tests by PO; notify re change of a ddres and/or economic circumstances; signed rel auth credit check; no credit w/o written approval; no conveyance of assets of $100 or more w/o written approval; pay $100 per ct for a total of $300; all fines wvd, crt finds dft does not have ability to pay. |
| 18:2113: ARMED BANK ROBBERY (2) | CTS 1,2,3: Dft sent to 105 mos to be svd concurrently; 5 yrs supv rel on Ct 2 concurrent to 3 yrs on Cts 1 & 3; make $95,537 restitution; participate in treatment program for narcotic/alcohol addiction-periodic tests by PO; notify re change of a ddres and/or economic circumstances; signed rel auth credit check; no credit w/o written approval; no conveyance of assets of $100 or more w/o written approval; pay $100 per ct for a total of $300; all fines wvd, crt finds dft does not have ability to pay. |
| 18:2113: ARMED BANK ROBBERY (3) | CTS 1,2,3: Dft sent to 105 mos to be svd concurrently; 5 yrs supv rel on Ct 2 concurrent to 3 yrs on Cts 1 & 3; make $95,537 restitution; participate in treatment program for narcotic/alcohol addiction-periodic tests by PO; notify re change of a ddres and/or economic circumstances; signed rel auth credit check; no credit w/o written approval; no conveyance of assets of $100 or more w/o written approval; pay $100 per ct for a total of $300; all fines wvd, crt finds dft does not have ability to pay. |

### Highest Offense Level (Terminated)
Felony

| Complaints | Disposition |
|---|---|
| Dft in viol of 18:2113(a) [ 8:00-m -93 ] | |

### Plaintiff
USA     represented by    **John D Early**
John D Early Law Offices
15333 Culver Drive, Suite 340-141
Irvine, CA 92604
949-551-2339
Email: earlylaw@cox.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2000 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Joseph Claude Tillis arrested on 3/28/00 Defendant's date of birth: 3/18/74. [ 8:00-m -93 ] (mt) (Entered: 03/31/2000) |
| 03/29/2000 | 1 | COMPLAINT filed against Joseph Claude Tillis in violation of 18:2113(a). Approved by Magistrate Judge Arthur Nakazato . [ 8:00-m -93 ] (mt) (Entered: 03/31/2000) |
| 03/29/2000 | 3 | MINUTES OF ARRAIGNMENT ON MAGISTRATE COMPLAINT held before Magistrate Judge Arthur Nakazato as to Joseph Claude Tillis : Defendant arraigned and states true name as chrgd. First appearance of Joseph Claude Tillis entered. DFPD Attorney Craig M Wilke present. Govt req detn. Detn hrg cont to 3/31/00 at 2:00pm. Defendant committed to the custody of the U. S. Marshal. Preliminary hearing set for 4:30pm on 4/12/00. Post indictment arraignment set for 8:30am on 4/17/00. Case contd to 3/31/00 at 2:00pm for detn hrg. Tape No.: SA00-9 [ 8:00-m -93 ] (mt) (Entered: 03/31/2000) |
| 03/29/2000 | 4 | NOTICE DIRECTING Defendant To Appear for Preliminary Hearing and for Arraignment on Indictment/Information filed as to Joseph Claude Tillis . [ 8:00-m -93 ] (mt) (Entered: 03/31/2000) |
| 03/29/2000 | 5 | NOTICE OF REQUEST FOR DETENTION filed by USA as to Joseph Claude Tillis . [ 8:00-m -93 ] (mt) (Entered: 03/31/2000) |
| 03/29/2000 | 6 | FINANCIAL AFFIDAVIT filed as to Joseph Claude Tillis [ 8:00-m -93 ] (mt) (Entered: 03/31/2000) |

| | | |
|---|---|---|
| 03/31/2000 | 7 | MINUTES OF DETENTION HEARING held before Magistrate Judge Elgin C. Edwards as to Joseph Claude Tillis : Crt finds presumption under 18:3142e has not been rebutted and orders dft permanently detn. See sep detn ord. Tape No.: SA00-24 [ 8:00-m -93 ] (mt) (Entered: 04/04/2000) |
| 03/31/2000 | 8 | ORDER OF DETENTION by Magistrate Judge Elgin C. Edwards as to Joseph Claude Tillis . (cc: all counsel) [ 8:00-m -93 ] (mt) (Entered: 04/04/2000) |
| 04/12/2000 | 9 | INDICTMENT filed against Joseph Claude Tillis (1) count(s) 1, 2, 3 filed by AUSA John C. Hueston. Offense occurred in OC. (ca) (Entered: 04/13/2000) |
| 04/12/2000 | 10 | CASE SUMMARY filed by AUSA John C. Hueston, attorney for USA, as to Joseph Claude Tillis. Defendant's date of birth: 3/18/74. (ca) (Entered: 04/13/2000) |
| 04/12/2000 | 11 | MEMORANDUM filed by USA as to Joseph Claude Tillis seeking authority for an investigative action and being filed on 4/12/00, does not relate to, a mtr pending in the Narcotic Section of the US Atty's Ofc before April 20, 1999, the date on which Magistrate Judge Jeffrey W. Johnson resigned his appt in that ovc; or was personally involved or on which he was personally consulted while employed in the US Atty's Ofc. (ca) (Entered: 04/13/2000) |
| 04/12/2000 | 12 | MEMORANDUM filed by USA as to Joseph Claude Tillis. This criminal action, being filed on 4/12/00, was not pending in the U.S. Attorney's Office before 12/22/98, the date on which U.S. District Judge Nora M. Manella began receiving criminal matters. (ca) (Entered: 04/13/2000) |
| 04/12/2000 | 13 | MEMORANDUM filed by USA as to Joseph Claude Tillis . This criminal action, being filed on 4/12/00, was not pending in the U.S. Attorney's Office before 11/2/92, the date on which U.S. District Judge Lourdes G. Baird began receiving criminal matters. (ca) (Entered: 04/13/2000) |
| 04/17/2000 | 14 | STATEMENT OF DEFENDANT'S CONSTITUTIONAL RIGHTS filed as to Joseph Claude Tillis . (ca) (Entered: 04/19/2000) |
| 04/17/2000 | 15 | MINUTES OF POST-INDICTMENT ARRAIGNMENT HEARING held before Magistrate Judge Elgin Edwards as to Joseph Claude Tillis : Reassigning case to Judge Gary L. Taylor . Joseph Claude Tillis (1) count(s) 1, 2, 3 arraigned and states true name as charged. DFPD Attorney Elizabeth Macias present. Plea not guilty entered by, Joseph Claude Tillis (1) count(s) 1, 2, 3 ; Jury trial set for 8:30 a.m., on 6/6/00 for Joseph Claude Tillis; status conf hearing set for 2:00 p.m., on 5/26/00 for Joseph Claude Tillis ; Trial est 4 days. Judge Taylir's ord is given to cnsl. Tape No.: SA00-26 (ca) (Entered: 04/19/2000) |
| 05/26/2000 | 16 | MINUTES OF STATUS CONFERENCE held before Judge Gary L. Taylor as to Joseph Claude Tillis : Crt & cnsl discuss trial mechanics in this matter. Trial remains set for trial on 6/6/00 at 8:30am. C/R: S Marshall (mt) (Entered: 05/31/2000) |
| 05/26/2000 | 17 | NOTICE OF UNDER SEAL FILING by Joseph Claude Tillis (mt) (Entered: 05/31/2000) |

| | | |
|---|---|---|
| 05/31/2000 | 19 | NOTICE OF UNDER SEAL FILING by Joseph Claude Tillis Re: ex parte applic for out-of-district subpoena; Memo PA's; Declar of Elizabeth G. Macias (ca) (Entered: 06/01/2000) |
| 05/31/2000 | 23 | PROPOSED VOIR DIRE QUESTIONS filed by USA as to Joseph Claude Tillis (ca) (Entered: 06/01/2000) |
| 05/31/2000 | 24 | PROPOSED JURY INSTRUCTIONS filed by USA as to Joseph Claude Tillis (annotated set). (mt) (Entered: 06/02/2000) |
| 05/31/2000 | 25 | PROPOSED JURY INSTRUCTIONS filed by USA as to Joseph Claude Tillis (clean set). (mt) (Entered: 06/02/2000) |
| 06/01/2000 | 26 | TRIAL MEMORANDUM filed by USA as to Joseph Claude Tillis (mt) (Entered: 06/02/2000) |
| 06/02/2000 | 27 | PROPOSED JURY INSTRUCTIONS filed by Joseph Claude Tillis (annotated). (mt) (Entered: 06/05/2000) |
| 06/02/2000 | 28 | PROPOSED VOIR DIRE QUESTIONS filed by Joseph Claude Tillis (mt) (Entered: 06/05/2000) |
| 06/02/2000 | 29 | PROPOSED JURY INSTRUCTIONS filed by Joseph Claude Tillis (unannotated). (mt) (Entered: 06/05/2000) |
| 06/05/2000 | 30 | PROPOSED SUPPLEMENTAL JURY INSTRUCTION filed by USA as to Joseph Claude Tillis (annotated set). (mt) (Entered: 06/06/2000) |
| 06/05/2000 | 31 | PROPOSED AMENDED JURY INSTRUCTIONS filed by USA as to Joseph Claude Tillis (clean set). (mt) (Entered: 06/06/2000) |
| 06/05/2000 | 32 | PROPOSED AMENDED JURY INSTRUCTIONS filed by USA as to Joseph Claude Tillis (annotated set). (mt) (Entered: 06/06/2000) |
| 06/05/2000 | 33 | PROPOSED SUPPLEMENTAL JURY INSTRUCTION filed by USA as to Joseph Claude Tillis (clean set). (mt) (Entered: 06/06/2000) |
| 06/06/2000 | 34 | MINUTES OF 1ST DAY JURY TRIAL held before Judge Gary L. Taylor as to Joseph Claude Tillis : Voir dire begins as to Joseph Claude Tillis (1) count(s) 1, 2, 3 Jury impaneled sworn. Opening statements made by govt & dft. Witnesses called, sworn and testified. Exhibits identified and admitted. Jury trial contd to 9:00am on 6/7/00. See separate minute order for change of plea re: counts 1 & 3, & for count 2 re: lesser included charge of unarmed bank robbery. C/R: S Marshall (mt) (Entered: 06/07/2000) |
| 06/06/2000 | 35 | JURY SEATING CHART filed as to Joseph Claude Tillis . (mt) (Entered: 06/07/2000) |
| 06/06/2000 | 36 | MINUTES OF CHANGE OF PLEA HEARING held before Judge Gary L. Taylor as to Joseph Claude Tillis : Defendant moves to change plea to counts 1 & 3 of the Indictment. Dft enters a plea of guilty to counts 1 & 3 of indict, & to 2 as to the lesser included chrg of unarmed bank robbery only. The Court questions dft re plea & finds the plea to be knowledgeable and voluntary and orders the plea |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | accepted and entered. The Court refers Joseph Claude Tillis to the Probation Office for investigation and report. Crt will set sentencing upon completion of trial on count 2 of indict as to the chrg of armed bank robbery. C/R: S Marshall (mt) (Entered: 06/08/2000)                                                                                                                                                                                                                                                                                    |
| 06/07/2000 | 37 | SECOND SET OF AMENDED PROPOSED JURY INSTRUCTIONS filed by USA as to Joseph Claude Tillis (clean set). (mt) (Entered: 06/08/2000)                                                                                                                                                                                                                                                                                                                                                                                                                            |
| 06/07/2000 | 38 | MINUTES OF 2ND DAY JURY TRIAL held before Judge Gary L. Taylor as to Joseph Claude Tillis : Witnesses called, sworn and testified. Exhibits identified and admitted. Motn for judgment of acquittal is DENIED. Govt rests. Dft rests. Closing arguments made. Court instructs jury. Alternates excused. Bailiff/Matron: sworn. Jury retires to deliberate. Verdict of guilty as to Joseph Claude Tillis (1) count(s) 2. Jury polled. The Court refers Joseph Claude Tillis to the Probation Office for investigation and report. Sentencing hearing set for 1:00pm on 9/27/00. C/R: S Marshall (mt) (Entered: 06/08/2000) |
| 06/07/2000 | 39 | JURY INSTRUCTIONS filed as to Joseph Claude Tillis (mt) (Entered: 06/08/2000)                                                                                                                                                                                                                                                                                                                                                                                                                                                                               |
| 06/07/2000 | 40 | LIST OF EXHIBITS AND WITNESSES as to Joseph Claude Tillis (mt) (Entered: 06/08/2000)                                                                                                                                                                                                                                                                                                                                                                                                                                                                        |
| 06/07/2000 | 41 | JURY NOTE No. 1 filed as to Joseph Claude Tillis . (mt) (Entered: 06/08/2000)                                                                                                                                                                                                                                                                                                                                                                                                                                                                               |
| 06/07/2000 | 42 | VERDICT filed as to Joseph Claude Tillis (mt) (Entered: 06/08/2000)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         |
| 06/07/2000 | 43 | STIPULATION AND ORDER filed by Judge Gary L. Taylor as to Joseph Claude Tillis : re use of alternate jurors & procedures during trial & jury deliberation (mt) (Entered: 06/08/2000)                                                                                                                                                                                                                                                                                                                                                                        |
| 09/05/2000 | 44 | NOTICE OF UNDER SEAL FILING by USA as to Joseph Claude Tillis Re: position of ptys w/respect to sentencing factors (mt) (Entered: 09/07/2000)                                                                                                                                                                                                                                                                                                                                                                                                               |
| 09/20/2000 | 47 | STIPULATION AND ORDER filed by Judge Gary L. Taylor as to Joseph Claude Tillis : continuing as to Joseph Claude Tillis , ; sentence hearing set for 3:15 p.m., on 1/8/01 for Joseph Claude Tillis (ca) (Entered: 09/29/2000)                                                                                                                                                                                                                                                                                                                                 |
| 09/26/2000 | 46 | RECEIPT FOR EXHIBITS filed as to Joseph Claude Tillis. (ca) (Entered: 09/27/2000)                                                                                                                                                                                                                                                                                                                                                                                                                                                                           |
| 12/26/2000 | 48 | NOTICE OF UNDER SEAL FILING by Joseph Claude Tillis. (ts) (Entered: 12/27/2000)                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
| 01/05/2001 | 50 | NOTICE OF UNDER SEAL FILING by USA as to Joseph Claude Tillis (ts) (Entered: 01/05/2001)                                                                                                                                                                                                                                                                                                                                                                                                                                                                    |
| 01/08/2001 | 52 | MINUTES OF SENTENCING held before Judge Gary L. Taylor as to Joseph Claude Tillis (1) count(s) 1, 2 , 3. CTS 1,2,3: Dft sent to 105 mos to be svd conc; 5 yrs supv rel on Ct 2 conc to 3 yrs on Cts 1 & 3; make $95,537 restitution; participate in treatment program for narcotic/alcohol addiction-periodic tests by PO; notify re change of addres and/or economic circumstances; signed rel auth credit check; no credit w/o written approval; no conveyance of assets of $100 or |

| | | |
|---|---|---|
| | | more w/o written approval; pay $100 S/A per ct for a total of $300; all fines wvd, Crt finds dft does not have ability to pay. Dft informed of right to appeal. Processed stmt of reasons. C/R: Sally Marshall. (ts) (Entered: 01/10/2001) |
| 01/09/2001 | 54 | NOTICE OF APPEAL to USCA filed by Joseph Claude Tillis from sen minutes [52-2], filed on: 1/8/01 and entered on: 1/10/01. Fee status: Waived, DFPD; frms gvn TDO. (cc: Elizabeth G. Macias, DFPD; John Early, Miriam Krinsky, AUSA) (fvap) (app) (Entered: 01/17/2001) |
| 01/11/2001 | 53 | JUDGMENT AND COMMITMENT issued to U.S. Marshal for Joseph Claude Tillis. Approved by Judge Gary L. Taylor. Entered on: 1/12/01. (ts) (Entered: 01/12/2001) |
| 01/17/2001 | 56 | TRANSCRIPT DESIGNATION filed by Joseph Claude Tillis for transcript of 6/6/00, 6/7/00, 1/8/01,CR:S. Marshall. (fvap) [56-1] (app) (Entered: 01/19/2001) |
| 01/18/2001 | 55 | ORDER FOR TIME SCHEDULE filed as to Joseph Claude Tillis for [54-1]. Transcript designation due: 2/7/01; C/R transcripts due: 3/9/01; Appellant's briefs & excerpts due: 4/18/01; Appellee's reply brief due: 5/18/01; Appellant's reply brief due by: 6/1/01. (cc: all counsel) (weap) (app) (Entered: 01/18/2001) |
| 01/25/2001 | 57 | NOTIFICATION by United States Court of Appeals as to Joseph Claude Tillis, designating USCA Appeal No. 01-50045 assigned to appeal [54-1]. (weap) (app) (Entered: 01/25/2001) |
| 01/29/2001 | 58 | ADDENDUM and AMENDMENT TRANSCRIPT DESIGNATION filed by Joseph Claude Tillis for transcript of 5/26/00, 6/6/00, 6/7/00, 6/7/00, 6/6/00 CR: S. Marshall referencing appeal [54-1]. ( USCA No.: 01-50045) (dl) (app) (Entered: 01/30/2001) |
| 03/20/2001 | | TRANSCRIPT filed for proceedings held on 6/7/00 as to Joseph Claude Tillis. (ts) (Entered: 03/20/2001) |
| 03/20/2001 | | TRANSCRIPT filed for proceedings held on 6/6/00 as to Joseph Claude Tillis. (ts) (Entered: 03/20/2001) |
| 03/20/2001 | 59 | RECEIPT for Transcripts of proceedings held on: 6/6/00 & 6/7/00. C/R: Sally Marshall. (ts) (Entered: 03/20/2001) |
| 03/20/2001 | 60 | RECEIPT for Transcripts of proceedings held on: 1/8/01. C/R: Sally Marshall. (ts) (Entered: 03/20/2001) |
| 03/20/2001 | | TRANSCRIPT filed for proceedings held on 1/8/01 as to Joseph Claude Tillis. (ts) (Entered: 03/20/2001) |
| 03/28/2001 | 61 | RECEIPT for Transcripts of proceedings held on: 5/26/00. C/R: Sally Marshall. (ts) (Entered: 03/29/2001) |
| 03/28/2001 | | TRANSCRIPT filed for proceedings held on 5/26/00 as to Joseph Claude Tillis. (ts) (Entered: 03/29/2001) |
| 03/28/2001 | 62 | ORDER from USCA Crt reporter Sally Marshall's mot for an ext of time to file reporter's transc is GR. (01-50045) (ghap) (app) (Entered: 04/02/2001) |

| | | |
|---|---|---|
| 04/02/2001 | 63 | JUDGMENT AND COMMITMENT returned executed as to defendant Joseph Claude Tillis on 2/26/01 Joseph Claude Tillis (1) count(s) 1, 2, 3. (ts) (Entered: 04/05/2001) |
| 06/13/2001 | 64 | ORDER from USCA the applnt's resubmitted mot for an ext of time to file the opening brief is GR. (01-50045) (ghap) (app) (Entered: 06/18/2001) |
| 10/04/2001 | | RECORD ON APPEAL FORWARDED TO USCA 1 volumes original clerks file, 4 volumes C/R transcripts, (orig seal docs # 18, 20, 21, 22, 45, 49, 51) (dl) (app) (Entered: 10/04/2001) |
| 01/28/2002 | | CC LODGED Jgm from USCA as to Joseph Claude Tillis referencing appeal [57-1]. Directing that jgm of said Dist Crt is affrm. (USCA NO.: 01-50045) (ghap) (Entered: 02/01/2002) |
| 01/31/2002 | 65 | MINUTES OF FILING AND SPREADING MANDATE held before Judge Gary L. Taylor as to Joseph Claude Tillis: The Court orders that the mandate of the USCA Affirming the appeal [54-1] is hereby filed and spread upon the minutes of the Court. Entered on: January 31, 2002 C/R: Not Present (th) (Entered: 01/31/2002) |
| 01/31/2002 | 66 | CERTIFIED COPY OF JUDGMENT from USCA as to Joseph Claude Tillis affirming the decision of the District Court on appeal [54-1] (cc: all counsel). Entered on: January 31, 2002 (th) (Entered: 01/31/2002) |
| 05/21/2003 | 67 | RECORD on Appeal returned from 9th CCA 1 volumes original clerks file, 4 volumes C/R transcripts, 7 sealed documents. (weap) (Entered: 06/24/2003) |
| 03/06/2008 | 68 | NOTICE OF RETURN OF EXHIBITS. TO ALL PARTIES/COUNSEL OF RECORD: You are hereby notified to arrange pick up of trial exhibits not later than 30 days from the date of this notice. Exhibits not retrieved will be classified as abandoned and will be destroyed. (adel) (Entered: 03/06/2008) |
| 03/19/2008 | 69 | RECEIPT FOR PERMANENT RELEASE OF EXHIBITS filed by the court as to Defendant Joseph Claude Tillis (jal) (Entered: 03/19/2008) |
| 03/31/2008 | 70 | PROBATION FORM 12 as to Defendant Joseph Claude Tillis, ORDER OF THE COURT by Chief Judge Alicemarie H. Stotler : (mt) (Entered: 04/02/2008) |
| 05/05/2008 | 71 | ORIGINAL AND COPY OF PROBATION FORM 22 sent to USDC Southern District of California at San Diego as to Defendant Joseph Claude Tillis. (mt) (Entered: 05/05/2008) |
| 07/29/2008 | 72 | ORDER RE: TRANSFER OF JURISDICTION filed by Chief Judge Alicemarie H. Stotler as to Supervised Releasee Joseph Claude Tillis. Case transferred to Southern District of California at San Diego. (mt) (Entered: 07/29/2008) |

**PACER Service Center**

**Transaction Receipt**

07/31/2008 09:04:14

| | | | |
|---|---|---|---|
| **PACER Login:** | ud0077 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:00-cr-00037-GLT End date: 7/31/2008 |
| **Billable Pages:** | 8 | **Cost:** | 0.64 |