1 PROB 12B
(04/05)

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Joseph Claude TILLIS (English)    **Dkt No.:** 08-CR-7040-001-IEG

**Reg. No.:** 17328-112

**Name of Sentencing Judicial Officer:** The Honorable Gary L. Taylor, U.S. District Judge in the Central District of California. Jurisdiction was accepted by the Honorable Irma E. Gonzalez, Chief U.S. District Judge, on May 25, 2008.

**Date of Sentence:** January 8, 2001

**Original Offense:**  18 U.S.C. § 2113(a), Bank Robbery, a Class C Felony
18 U.S.C. § 2113(a)(d), Armed Bank Robbery, A Class B Felony

**Sentence:** 105 months custody; 5 years supervised release *(Special Conditions: submit financial information as requested by probation officer; psychological/psychiatric counseling or treatment program; and timely file and pay taxes).*

**Modified:** March 31, 2008, *participate in drug treatment and counseling program that includes urinalysis, saliva and/or sweat patch testing, as directed by the probation officer.*

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** January 8, 2001

**Asst. U.S. Atty.:** Pending Assignment    **Defense Counsel:** Elizabeth Macias, Federal Defs. Inc.
(714) 338-4511

**Prior Violation History:** None.

---

PETITIONING THE COURT

TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

DEFENDANT WILL MAKE MONTHLY RESTITUTION PAYMENT OF AT LEAST $500, EFFECTIVE APRIL 1, 2008, OR AS DIRECTED BY THE PROBATION OFFICER.

PROB 12B

| | |
|---|---|
| Name of Offender: Joseph Clause TILLIS | August 21, 2008 |
| Docket No.: 08-CR-7040-001-IEG | Page 2 |

## CAUSE

Mr. Tillis was released from custody on November 9, 2007. He has been residing with his parents in Oceanside, California, and is gainfully employed at Camp Pendleton, as a stocker.

Mr. Tillis currently owes over $92,000 in victim restitution. In March 2008, this probation officer discovered that Mr. Tillis purchased a new vehicle priced at $20,000 with monthly payments of $490. This violation was immediately addressed with the offender who acknowledged he knew he was not to incur any new debt without the undersigned's permission and intentionally failed to do so. It is noted we also immediately notify the CD/CA Probation Office; however, they asked that we take jurisdiction of this case, which delayed the reporting of this violation to the Court.

As a sanction for the above violation conduct, on March 21, 2008, Mr. Tillis agreed to increase his monthly restitution payments from $300 a month to at least $500. The offender agreed and signed the attached Waiver of Hearing to Modify Conditions (Form 49). Other than this incident, Mr. Tillis has been in compliance.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: August 21, 2008**

Respectfully submitted:

by _____
Mimi Keomany Manzano
United States Probation Officer
(760) 806-9356

Reviewed and approved:

_____
Julia Jauregui
Supervising U.S. Probation Officer

Attachments: Form 49 dtd. 3/21/08; Form 22, Letter to Court; SR modification dtd. 3-31-08; Form 49 dtd. 11-7-07; J&C; and PSR.

PROB 12B

Name of Offender: Joseph Clause TILLIS  August 21, 2008
Docket No.: 08-CR-7040-001-IEG  Page 3

## THE COURT ORDERS:

__X__  The Modification of Conditions as Noted Above

_____  Other _____

_____

_Irma E. Gonzalez_    9/2/08
The Honorable Irma E. Gonzalez    Date
Chief U.S. District Judge